IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDMUND F. BAILEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-002-JJF |
| | ) | |
| THOMAS CARROLL, | ) | |
| | ) | |
| Respondent. | ) | |

NOTICE OF FILING OF STATE COURT RECORDS

Respondent files herewith certified copies of the following Delaware Supreme Court documents:

a.  Appellant's Opening Brief and Appendix, filed October 25, 2002, *Bailey v. State*, No. 495, 2002.

b.  State's Answering Brief, filed December 2, 2002, *Bailey v. State*, No. 495, 2002.

c.  Order, dated January 24, 2003, *Bailey v. State*, No. 495, 2002.

d.  Docket Sheet, *Bailey v. State*, No. 8, 2005.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

_____
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: March 21, 2005

## CERTIFICATION OF MAILING

The undersigned certifies that on March 21, 2005, he caused the attached *Notice of Filing of State Court Records* to be delivered to the following persons in the form and manner indicated:

    William J. Rhodunda, Jr., Esq.
    Oberly Jennings & Rhodunda, P.A.
    800 Delaware Avenue, Suite 901
    P.O. Box 2054
    Wilmington, Delaware  19899


X   Two true copies by first class mail, postage pre-paid


    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    _____
    Gregory E. Smith, ID No. 3869
    Deputy Attorney General
    820 North French Street, 7th Floor
    Carvel State Building
    Wilmington, Delaware 19801
    (302) 577-8398