IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDMUND F. BAILEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | C.A. No. 05-002-JJF |
| ) | |
| THOMAS CARROLL, ) | |
| ) | |
| Respondent. ) | |

NOTICE OF FILING OF SUPPLEMENTAL STATE COURT RECORDS

Respondent files herewith certified copies of the following Delaware Supreme Court documents:

e. Order dated April 11, *Bailey v. State*, No. 8, 2005.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
Dated: April 22, 2005                    (302) 577-8398