## CERTIFICATION OF SERVICE

The undersigned certifies that on April 22, 2005, he electronically filed the attached *Notice of Filing of Supplemental State Court Records* with the Clerk of Court using CM/ECF which will send notification of such filing to William Rhodunda, Esq. The undersigned further certifies that on April 22, 2005 that he mailed by United State Postal Service the non-electronically filed certified records to the following participant:

William J. Rhodunda, Jr., Esq.
Oberly Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, Delaware  19899

                                                STATE OF DELAWARE
                                                DEPARTMENT OF JUSTICE

                                                /s/_____
                                                Gregory E. Smith, ID # 3869
                                                Deputy Attorney General
                                                820 North French Street, 7th Floor
                                                Carvel State Building
                                                Wilmington, Delaware 19801
                                                (302) 577-8398