**CERTIFICATE OF SERVICE**

     I, William J. Rhodunda, Jr., Esquire, hereby certify that on this 5th day of August, 2005 a true and correct copy of the foregoing Motion to Reopen the Time to File a Reply was served on the following via electronic filing:

> Gregory E. Smith, Esquire
> Department of Justice
> Carvel State Office Building, 7th Floor
> 820 N. French Street
> Wilmington, DE  19801

                                      /s/ William J. Rhodunda, Jr.
                                      WILLIAM J. RHODUNDA, JR. (No. 2774)