IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDMUND F. BAILEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A. NO: 05-0002-JJF |
| | ) |
| THOMAS CARROLL, Warden, | ) |
| Delaware Correctional Center, | ) |
| | ) |
| Respondent. | ) |

## ORDER

IT IS ORDERED this ___4___ day of ___August___, 2005 that upon consideration of Petitioner's Motion to Reopen the Time to File a Reply to the State's Answer is hereby GRANTED. The Petitioner shall have ten days to file a Reply.

_____
UNITED STATES DISTRICT COURT JUDGE