April 5, 2006

U.S District Court
State of Delaware

Clerk of the Court:

    I am requesting a plain docket of my case, which is CA. NO. 05-002-JJF. First Petition for Writ or Habeas Corpus filed on Jan 3, 2005. If there is any charge I would be happy to pay it.

*docket sheet request*

Edmund Bailey S.B.I. 239911
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

FILED
APR - 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



I/M Edmund Bailey
SBI# 239911  UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE  19977

WILMINGTON DE 197
06 APR 2006 PM 1 T

Legal Mail

U.S.M.S.
X-RAY

Clerk of the Court
Caleb Boggs Federal Build.
844 King St., Lock Box 18
Wilmington, Delaware
19801