IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDMUND F. BAILEY,                      :
                                       :
          Petitioner,                  :
                                       :
     v.                                :   Civ. Act. No. 05-002-JJF
                                       :
THOMAS L. CARROLL, Warden,             :
                                       :
          Respondent.                  :

## O R D E R

At Wilmington, this 23 day of May, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Edmund F. Bailey's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 1) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

                                     _____
                                     UNITED STATES DISTRICT JUDGE