IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Edmund F. Bailey
  Petitioner,

v.                                            Civil Action No. 05-002 JJF

Thomas L. Carroll, Warden
  Respondents.

FILED
JUN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOTICE OF APPEAL

RD scanned

Notice is hereby given that Edmund F. Bailey, Petitioner in the above-entitled matter, does appeal to the United States Court of Appeals for the Third Circuit from the District Court of Del. of Judge Joseph J. Farnan, Jr. entered in this Action on May, 23 2006.

Respectfully yours,
Edmund F. Bailey

Edmund F. Bailey
S.B.I. # 239911
Delaware Correctional Center
Smyrna, DE  19977

DATED: June 16, 2006.

## Certificate of Service

I, **Edmund F. Bailey**, hereby certify that I have served a true And correct cop(ies) of the attached: **Notice of Appeal** _____ upon the following parties/person (s):

TO: Mr. Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Build.
Lockbox 18, US Courthouse
844 King St.
Wilm, De. 19801

TO: Mr. Gregory E. Smith, ID# 3869
Deputy Attorney General
820 N. French St. 7th Floor
Carvel State Build.
Wilm. De. 19801

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this **16TH** day of **June**, 200**6**.

Edmund F. Bailey
S.B.I. # 239911

Edmund F. Bailey
BI# 239911  UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
19 JUN 2006 PM 4 T

J. Caleb Boggs Federal Build.
Mr. Peter T. Dalleo, Clerk
Lockbox 18, U.S. Courthouse
844 King Street
Wilmington, Delaware
19801