# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

052 (JJF)

TO: *Edmund Bailey* SBI#: *239911*

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: *June 14, 2006*

---

Attached are copies of your inmate account statement for the months of *December 1, 2005* to *May 31, 2006*.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Dec | 166.71 |
| Jan | 178.02 |
| Feb | 115.53 |
| March | 132.50 |
| April | 71.12 |
| May | 38.84 |

Average daily balances/6 months: 117.40

Attachments
CC: File

*Stacy Shane*
6/14/06

# Individual Statement

Date Printed: 6/14/2006

## For Month of December 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $119.72 |
|---|---|---|---|---|---|---|
| 00239911 | Bailey | Edmond | | | | |

Current Location: W1        Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 12/12/2005 | $50.00 | $0.00 | $0.00 | $169.72 | 194032 | 08551418027 | | T. GACH-SPATA |
| Canteen | 12/15/2005 | ($31.23) | $0.00 | $0.00 | $138.49 | 195435 | | | |
| Mail | 12/19/2005 | $100.00 | $0.00 | $0.00 | $238.49 | 196689 | 8228871538 | | F. LEWIS |
| Canteen | 12/22/2005 | ($24.89) | $0.00 | $0.00 | $213.60 | 198249 | | | |
| Canteen | 12/29/2005 | ($21.16) | $0.00 | $0.00 | $192.44 | 200763 | | | |

Ending Mth Balance: $192.44

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 6/14/2006

Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $192.44 |
|---|---|---|---|---|---|---|
| 00239911 | Bailey | Edmond | | | | |

Current Location: W1    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/5/2006 | ($22.42) | $0.00 | $0.00 | $170.02 | 204713 | | | |
| Canteen | 1/12/2006 | ($22.20) | $0.00 | $0.00 | $147.82 | 207215 | | | |
| Pay-To | 1/13/2006 | ($6.00) | $0.00 | $0.00 | $141.82 | 208506 | | | |
| Canteen | 1/19/2006 | ($28.24) | $0.00 | $0.00 | $113.58 | 210905 | | | |
| Mail | 1/19/2006 | $100.00 | $0.00 | $0.00 | $213.58 | 211182 | 45816946242 | MASJID MUHAMMAD | F.LEWIS |
| Canteen | 1/26/2006 | ($36.07) | $0.00 | $0.00 | $177.51 | 213537 | | | |

Ending Mth Balance: $177.51

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 6/14/2006

Page 1 of 1

## For Month of February 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $177.51 |
|---|---|---|---|---|---|---|
| 00239911 | Bailey | Edmond | | | | |

Current Location: W1

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 2/2/2006 | ($32.04) | $0.00 | $0.00 | $145.47 | 216972 | | | |
| Canteen | 2/9/2006 | ($24.64) | $0.00 | $0.00 | $120.83 | 220980 | | | |
| Canteen | 2/16/2006 | ($18.22) | $0.00 | $0.00 | $102.61 | 224253 | | | |
| Canteen | 2/23/2006 | ($23.45) | $0.00 | $0.00 | $79.16 | 226754 | | | |

Ending Mth Balance: $79.16

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of March 2006

Date Printed: 6/14/2006　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $79.16 |
|---|---|---|---|---|---|---|
| 00239911 | Bailey | Edmond | | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 3/1/2006 | $100.00 | $0.00 | $0.00 | $179.16 | 229774 | 08553415476 | | F. LAURO |
| Canteen | 3/2/2006 | ($21.75) | $0.00 | $0.00 | $157.41 | 230284 | | | |
| Canteen | 3/9/2006 | ($24.25) | $0.00 | $0.00 | $133.16 | 233091 | | | |
| Canteen | 3/16/2006 | ($12.72) | $0.00 | $0.00 | $120.44 | 237408 | | | |
| Visit | 3/16/2006 | $20.00 | $0.00 | $0.00 | $140.44 | 237922 | J8969829827-06488 | | T. GACH-SPATA |
| Canteen | 3/23/2006 | ($34.22) | $0.00 | $0.00 | $106.22 | 240413 | | | |
| Canteen | 3/29/2006 | ($14.94) | $0.00 | $0.00 | $91.28 | 242435 | | | |

Ending Mth Balance: $91.28

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 6/14/2006

Page 1 of 1

## For Month of April 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00239911 | Bailey | Edmond | | | $91.28 |

Current Location: W1

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 4/5/2006 | ($24.67) | $0.00 | $0.00 | $66.61 | 245611 | | | |
| Canteen | 4/12/2006 | ($19.58) | $0.00 | $0.00 | $47.03 | 248782 | | | |
| Canteen | 4/19/2006 | ($22.54) | $0.00 | $0.00 | $24.49 | 251000 | | | |
| Canteen | 4/26/2006 | ($14.18) | $0.00 | $0.00 | $10.31 | 255109 | | | |
| Mail | 4/26/2006 | $150.00 | $0.00 | $0.00 | $160.31 | 255545 | 08553422430 | | F. LAURO |

Ending Mth Balance: $160.31

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

Case 1:05-cv-00002-JJF    Document 20-2    Filed 07/14/2006    Page 7 of 7

# Individual Statement

Date Printed: 6/14/2006

## For Month of May 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $160.31 |
|---|---|---|---|---|---|---|
| 00239911 | Bailey | Edmond | | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 5/1/2006 | ($6.00) | $0.00 | $0.00 | $154.31 | 257456 | | MASJID MUHAMMAD | |
| Canteen | 5/3/2006 | ($89.96) | $0.00 | $0.00 | $64.35 | 258779 | | | |
| Canteen | 5/10/2006 | ($32.89) | $0.00 | $0.00 | $31.46 | 261393 | | | |
| Canteen | 5/17/2006 | ($5.49) | $0.00 | $0.00 | $25.97 | 264743 | | | |
| Canteen | 5/24/2006 | ($19.83) | $0.00 | $0.00 | $6.14 | 267240 | | | |
| Canteen | 5/31/2006 | ($6.09) | $0.00 | $0.00 | $0.05 | 272196 | | | |

Ending Mth Balance: $0.05

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00