IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



EDMUND F. BAILEY,                :
                                 :
        Petitioner,              :
                                 :
v.                               :    Civil Action No. 05-02-JJF
                                 :
THOMAS CARROLL,                  :
Warden,                          :
                                 :
        Respondent.              :

O R D E R

At Wilmington this 17 day of July, 2006;

IT IS ORDERED that:

Petitioner's Motion To Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> On Appeal is **GRANTED**. (D.I. 20.) <u>See</u> Federal Rule of Appellate Procedure 24(a).

UNITED STATES DISTRICT JUDGE