7/21/2006.

Dear Clerk of the District Court,

I Edmund F. Bailey C.A. No. 05-002 JJF am requesting a copy of the District Courts docket sheet and a copy of the memorandum opinion issued on 5/23/06. and/or order in my case. The petitioner is Pro-se and still to this day have never recieved a copy of the memorandum opinion from the Delaware District Court. I need all copies of all documents relating to my case.

Thank you for your help in this matter,

Respectfully yours,

Edmund F. Bailey
S.B.I. # 239911
D.C.C.
1181 Paddock RD.
Smyrna, Delaware
19977

FILED
JUL 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned



Edmund E Bailey
SBI# 239911 UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
25 JUL 2006 PM 2 L

Mr. Peter T. Dalleo
Lockbox 18
844 King Street
U.S. Courthouse
Wilm. De. 19801