FPS-390

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-3139

Bailey v. Carroll
(D.C. No. 05-cv-00002)

To:  Clerk

1)   Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>

---

The foregoing Motion is granted.  This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.

A True Copy:

Marcia M. Waldron, Clerk

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: August 2, 2006

ARL/cc: EFB; GES