OFFICE OF THE CLERK
**MARCIA M. WALDRON** UNITED STATES COURT OF APPEALS  TELEPHONE
CLERK  FOR THE THIRD CIRCUIT  215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

_Delaware_ Clerk of District Court   Date _1-18-07_
(District)

_Bailey v Carroll_   C. of A. No. _06-3139_
(Caption)

_Edmund Bailey_
(Appellant)

_05-CV-00002 JJF_
(D.C. No.)

Enclosures:

_____ Certified copy of C. of A. Order by the Court/Clerk
(Date)

* _✓_ Record

* _____ Partial Record

* _____ Supplemental Record (First) (Second) (Third)

* _____ Exhibits

* _____ State Court Record

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
        is recalled.

_Phyllis Ruffer_  (267)-299- _4918_
Deputy Clerk     Telephone Number

* _Keith Lombardo_  (267)-299- _4912_
Record Processor  Telephone Number

Receipt Acknowledge:

_E. Shuttle_    January 23, 2007
(Name)
_1/24/07_
(Date)

Rev. 9/25/02                                              Appeals
(Record)